

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00285-CV

| | | |
|---|---|---|
| Mary Cummins | § | From the 352nd District Court |
| v. | § | of Tarrant County (352-248169-10) |
| | § | April 9, 2015 |
| Bat World Sanctuary and Amanda Lollar | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment awarding actual and exemplary damages to Appellee Amanda Lollar. We also affirm that portion of the trial court's judgment ordering Appellant Mary Cummins to remove from the Internet the web pages and defamatory statements specified in the judgment. We reverse that part of the trial court's judgment permanently enjoining Appellant Mary Cummins from making similar statements in the future. We also reverse that portion of the trial court's judgment awarding damages to Appellee Bat World Sanctuary for breach of contract and attorney's fees and render judgment that Appellee Bat World

Sanctuary take nothing on its claims for breach of contract and for attorney's fees.

It is further ordered that Appellant Mary Cummins shall bear her own costs of this appeal and the costs of Appellee Amanda Lollar, and that Appellee Bat World Sanctuary shall bear its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM